1 McGREGOR W. SCOTT
United States Attorney
2 ROBERT J. ARTUZ
Special Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**SEALED**

FILED
Nov 04, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

6 Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| United States of America | CASE NO. 1:20-mj-0123-BAM |
|---|---|
| v. | SEALING ORDER |
| GARRETT SCOTT WHEELEN (date of birth XX/XX/1990) | **UNDER SEAL** |

### S E A L I N G   O R D E R

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: 11/4/2020

Hon. Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

Sealing Order