UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>     v.<br><br>GARRETT SCOTT WHEELEN,<br><br>                    Defendant. | CASE NO. 1:20-MJ-00123-BAM<br><br>**UNSEALING ORDER** |

Good cause due to the defendant's pending initial appearance and arraignment on the Complaint in the Eastern District of California, it is hereby ordered that the Complaint, Arrest Warrant, Complaint Affidavit, and related court filings in the above matter, be UNSEALED.

IT IS SO ORDERED.

Dated: **November 5, 2020**         /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE