1  PHILLIP A. TALBERT
   Acting United States Attorney
2  ROBERT J. ARTUZ
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-MJ-00123-BAM |
|---|---|
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(D) AND EXCLUSION OF TIME AND FINDINGS AND ORDER |
| v. | |
| GARRETT SCOTT WHEELEN, | DATE: April 16, 2021 |
| Defendant. | TIME: 2:00 p.m. |
| | COURT: Hon. Stanley A. Boone |

Plaintiff United States of America, by and through its attorney of record, Special Assistant U.S. Attorney ROBERT J. ARTUZ, and Defendant GARRETT SCOTT WHEELEN, both individually and by and through his counsel of record, CHRISTINA CORCORAN, hereby stipulate as follows:

1.  The Complaint in this case was filed on November 4, 2020, and Defendant Garrett Wheelen first appeared before a judicial officer of the Court in which the charges in this case were pending on November 6, 2020. The Court set an initial preliminary hearing date of November 20, 2020. The parties then filed a stipulation and proposed order to continue the hearing to December 18, 2020, and exclude time under the Speedy Trial Act. On November 13, 2020, the Court entered the order. ECF 15. The parties then filed additional stipulations and proposed orders to continue the hearing to January 22, 2021, February 19, 2021, March 12, 2021, and April 16, 2021.

By this fourth stipulation, the parties jointly move for another extension of time of the preliminary hearing date to April 23, 2021, at 2:00 p.m., before the duty Magistrate Judge, pursuant to

Rule 5.1(d) of the Federal Rules of Criminal Procedure.  The parties stipulate that the delay is required to allow the defense additional, reasonable time for preparation, and for the government's production of additional discovery.  The parties also anticipate that the defendant will waive indictment and this matter will be set for a change of plea.  The government has already produced close to 1,000 pages and items of law enforcement reports, photographs, EDD records, bank records, and photocopies of evidence, and the government is still working on processing and producing additional discovery including extractions of digital device evidence.  The government has also recently provided additional information and estimates concerning actual and intended loss amounts.  Defense counsel needs time to review and consider all the evidence and the government's estimates, conduct further investigation, and consult with the defendant.  The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between April 16, 2021, and April 23, 2021, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated:  April 16, 2021           PHILLIP A. TALBERT
                                 Acting United States Attorney

                                 /s/ ROBERT J. ARTUZ
                                 ROBERT J. ARTUZ
                                 Special Assistant U.S. Attorney


Dated:  April 16, 2021           /s/ CHRISTINA CORCORAN
                                 CHRISTINA CORCORAN
                                 Assistant Federal Defender
                                 Counsel for Defendant
                                 GARRETT SCOTT WHEELEN

PHILLIP A. TALBERT
Acting United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GARRETT SCOTT WHEELEN,<br><br>Defendant. | CASE NO. 1:20-MJ-0123-BAM<br><br>FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME<br><br>DATE: April 16, 2021<br>TIME: 2:00 p.m.<br>COURT: Hon. Stanley A. Boone |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on April 16, 2021. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to April 23, 2021, at 2:00 p.m.

[PROPOSED] FINDINGS AND ORDER         1

     2.     The time between April 16, 2021, and April 23, 2021, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

     3.     Defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated:   **April 16, 2021**

_____
UNITED STATES MAGISTRATE JUDGE